# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| FELICIA BRADEN | CIVIL ACTION NO. 25-1180 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| UNITED STATES POSTAL SERVICE, ET AL. | MAGISTRATE JUDGE AYO |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the United States' Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction (Record Document 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 15th day of January, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT